**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 566 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| PROPERTY LOCATED AT 2504 US HWY | : | |
| 522 N., LEWISTOWN, MIFFLIN COUNTY, | : | |
| PENNSYLVANIA, AND $140.00 IN UNITED | : | |
| STATES CURRENCY | : | |
| | : | |
| | : | |
| PETITION OF: SCOTT A. SHREFFLER | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.